IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARIA D. MOYA, | § § | |
| *Plaintiff,* | § § | SA-21-CV-00009-FB |
| vs. | § § | |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, | § § § § | |
| *Defendant.* | § | |

## ORDER CONTINUING VIDEO HEARING

Before the Court in the above-styled cause of action is Plaintiff's Renewed Motion to Compel [#39]. The Court set the motion for a hearing at 2:30 p.m. on June 10, 2021. The Court received communication from counsel for Plaintiff about a conflict with the scheduled date and time for the hearing. The Court will therefore continue the hearing to an alternative date.

**IT IS THEREFORE ORDERED** that the hearing scheduled for 2:30 p.m. on June 10, 2021, is **CANCELED**.

**IT IS FURTHER ORDERED** that Plaintiff's Renewed Motion to Compel [#39] is set for a videoconference hearing via Zoom at **2:00 p.m.** on **June 11, 2021**. All parties are **required to appear by Zoom** for the hearing. The information to join the hearing is as follows:

Join ZoomGov Meeting:  https://txwd-uscourts.zoomgov.com/j/16126729723

Meeting ID: 161 2672 9723

If there are questions regarding the Zoom appearance, the parties should contact Valeria Sandoval, Courtroom Deputy, at txwdml_chambers_sa_judgechestney@txwd.uscourts.gov.

Because earlier hearings in other cases may be in progress at the time attorneys log-in for their scheduled hearing, attorneys may be required to wait in the Zoom "waiting room" until the

Courtroom Deputy addresses them. Parties should review the July 15, 2020 Standing Order Regarding Telephone or Video Teleconference Hearings, which is available upon request from the Courtroom Deputy and on the Court's website.

**IT IS FURTHER ORDERED** that the parties confer about the issues raised in Defendants' motion and **file a joint advisory via CM/ECF no later than June 9, 2021** that indicates which issues, if any, remain in dispute after their conference. For each issue that remains in dispute, each party should state its respective position and describe any relief being sought.

SIGNED this 4th day of June, 2021.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE